UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUDY COPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:22-cv-363-TWP-DLP |
| | ) |
| SECURITAS SECURITY SERVICES USA, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT**

Comes now the Court, and having examined Parties Motion to Approve Settlement, grants the motion and orders Defendant Securitas Security Services USA, Inc., to tender the settlement proceeds to Plaintiff counsel within five (5) days from the date of this Order. The clerk is directed to close this action on the docket.

Date: 6/15/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to counsel of record